UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HOSEY | CIVIL ACTION NO. |
| VERSUS | SECTION |
| SHELL OIL COMPANY AND SHELL OFFSHORE INC. | MAGISTRATE |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, DAVID HOSEY, a person of the full age of majority and a resident of Simpson County, State of Mississippi, who respectfully represents:

1.

The following are made defendants herein:

1. Shell Oil Company, a foreign corporation authorized to do and actually doing business in the State of Louisiana who can be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

2. Shell Offshore Inc., a foreign corporation authorized to do and actually doing business in the State of Louisiana who can be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

Said defendants are liable jointly, severally and in solido or as their responsibility may appear unto petitioner for the following.

2.

On or about December 8, 2018, complainant, David Hosey, was working in the course and scope of his employment with Helmerich & Payne and was working as a roustabout on a platform owned and/or operated by defendants Shell Oil Company and/or Shell Offshore Inc. (hereinafter collectively referred to as "Shell").

3.

Jurisdiction is based upon the fact that this is a maritime tort occurring on the navigable waters of the State of Louisiana.  This Honorable Court also has jurisdiction over this matter pursuant to the Outer Continental Shelf Lands Act, 43 U.S.C. 1331 et. seq., and its federal question jurisdiction.  The accident in question occurred in the Outer Continental Shelf on a fixed platform owned by defendants in this matter.  The defendants are engaged in the oil and gas exploration industry and do business in the State of Louisiana and in this District.  The accident occurred in the Gulf of Mexico beyond the territorial three mile limit in an offshore block adjacent to the Eastern District of Louisiana, which is believed to be block 807(b).

4.

Plaintiff, David Hosey, brings this action for damages suffered in this accident on or about December 8, 2018, while working on the Olympus, a Shell platform located on block 807(b). On the day of the accident, while so engaged in his occupation, petitioner was ordered to manually lift a very heavy washing machine from a crane to a pallet box without the assistance of any moving devices such as a dolly.  This event resulted in serious injuries to his lower back.

5.

This suit is brought to recover for personal injuries and damages of petitioner, David Hosey, as well as to recover for lost wages, lost earning capacity, pain and suffering, both physical and mental, and for past and future medical expenses, loss of society and services, and any other damages that are appropriate under the circumstances.

6.

The aforesaid accident and resulting injuries and damages were caused solely and proximately by the fault and/or negligence and/or strict liability of the defendants in the following non-exclusive particulars rendering defendants liable unto the plaintiff:

- a. Failure to properly maintain the platform premises in a safe condition;
- b. Failure to warn plaintiff of the inherent danger of the area;
- c. Failure to meet generally the standard of care required in the above described situation;
- d. Failure to follow proper procedures and regulations;
- e. Failure to provide plaintiff with appropriate safety equipment sufficient to avoid dangers which led to his injuries;
- f. Creating and/or allowing to exist an unreasonable risk of harm;
- g. Failure to generally exercise that degree of care commensurate with the conditions existing at the time;
- g. Other acts and omissions creating liability which will be more fully shown at the trial of this matter.

7.

As a result of the above described negligence of the defendant, plaintiff, David Hosey, has suffered severe injuries including but not limited to severe injuries to his back and other injuries about his body. Plaintiff claims the following types of past and future damages as a result of these injuries:

- A. Past, present and future medical expenses;

B.  Past, present and future lost wages, income, earning capacity, and employment related benefits;

C.  Past present and future physical pain and suffering;

D.  Past present and future mental pain and suffering;

E.  Past, present and future physical and mental pain and anguish, disability, disfigurement, inconvenience, embarrassment, humiliation, loss of ability to pursue happiness and personality change; and

F.  Additional damages to be shown at the trial of this matter.

8.

Plaintiff, David Hosey, is entitled to prejudgment interest on his damages from the date of loss.  As to any damages which the Court determines are not properly subject to an award of prejudgment interest, plaintiff demands interest from the date of judicial demand or, in the alternative, the date of judgment.

WHEREFORE, plaintiff, David Hosey, prays that the defendants SHELL OIL COMPANY and SHELL OFFSHORE INC. be duly cited and served with a copy of this petition and that after all due proceedings be had, there be judgment herein in favor of plaintiff and against the defendants for a reasonable sum in the premises, together with judicial interest and for all costs of these proceedings.

Plaintiff further prays for all other general and equitable relief necessary and appropriate in the premises.

Respectfully submitted,

/s/ Jodi Jacobs Aamodt

BY: _____

**STANLEY J. JACOBS, #7211**
**JODI JACOBS AAMODT, #21639**
**JACOBS, MANUEL, KAIN & AAMODT**
500 Saint Louis Street – Suite 200

4

       New Orleans, LA  70130
       Telephone:  (504) 523-1444
       Facsimile:  (504) 524-1655
       Jmk_jodi@bellsouth.net


       Attorneys for Plaintiff